# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DIANE ROSE CONLEY**                                                   **PLAINTIFF**

**V.**                 **NO. 2:19CV00103 SWW/PSH**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Diane Rose Conley's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 15th day of May, 2020.

                                            /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE