# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DIANE ROSE CONLEY**                                             **PLAINTIFF**

**V.**             **NO. 2:19CV00103 SWW/PSH**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 15th day of May, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE